

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Dorris Jean Webb | * | Case No.     07-10070-NVA |
| Irvin Walter Webb | * | Chapter      7 |
| | * | |
| | * | Creditor   - Dell Financial Services, L.P. |
| | * | |
| Debtors | * | Reaffirmation  - 12 |

## DETERMINATION OF NO UNDUE HARDSHIP
## BY REBUTTAL IN WRITING OF PRESUMPTION

Upon review of the above identified Reaffirmation Agreement and the court finding that no

hearing is necessary for this determination, it is by the United States Bankruptcy Court for the

District of Maryland,

Determined that the presumption of undue hardship has been rebutted by the debtors'

written statement.


cc:     Debtors
        Debtors' Counsel  - John P. Downs
        Creditor - Dell Financial Services, L.P.
        Trustee - Joseph Bellinger

**End Of Order**