Date signed March 26, 2007



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:**   **Case No.: 07–10070 – NVA**   **Chapter: 7**

| | |
|---|---|
| Dorris Jean Webb<br>728 Harrisville Road<br>Colora, MD 21917 | Irvin Walter Webb<br>728 Harrisville Road<br>Colora, MD 21917 |
| | Creditor – Aberdeen Proving Ground FCU |
| | Reaffirmation – 15 |

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
   Attorney for Debtor(s) – John P. Downs
   Chapter 7 Trustee – Joseph J. Bellinger
   Creditor – Aberdeen Proving Ground FCU

**34.4** – *edevine*

## End of Order